UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
EMELY F. PEREZ,

                Plaintiff,

-against-

SCHOOL OF VISUAL ARTS,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/2021
```

21 Civ. 2105 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On July 12, 2021, the Court ordered the parties to submit a joint letter regarding the status of mediation by August 15, 2021. ECF No. 17. That submission is now overdue. Accordingly, the parties shall submit their joint letter by **August 20, 2021**.

    SO ORDERED.

Dated: August 18, 2021
       New York, New York

                                              ANALISA TORRES
                                        United States District Judge